NAME AND ADDRESS OF ATTORNEY
Richard M. Barnett, APLC
105 West F Street, 4th Floor
San Diego, CA 92101

PHONE: (619) 231-1182

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Burns                    COURT REPORTER N/A

United States of America,            )
                                     )
                                     )
                                     )            CIVIL NO. 10cv2378-LAB(CAB)
_____              )
(Appellant/Appellee)      Plaintiff  )
                                     )
          vs                         )
                                     )
$28,000,00 in U.S. Currency, Defendant,  )     NOTICE OF APPEAL      (Civil)
Robert Moser, Appellant              )
_____              )
(Appellant/Appellee)      Defendant-Claimant

          Notice is hereby given that Robert Moser _____
                              Claimant
          Plaintiff    **x**    Defendant above named, hereby appeals to the United States Court

of Appeals for the:     (check appropriate box)

   **x**     Ninth Circuit                        Federal Circuit

from the:           (check appropriate box)

_____ Final Judgment              **x**    Order (describe) Order granting in
                                              part Motion for Attorney's Fees
entered in this proceeding on the ___11___ day of   February   , 20 13
Transcripts required        Yes        **x**    No
Date civil complaint filed:           11/18/10

Date: 2/12/13                         _____
                                      Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

**CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on February 14, 2013, I have caused service of Notice of Appeal on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1.  Bruce C. Smith, Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14th day of February, 2013,  at San Diego, California.


/s/ Richard M. Barnett
RICHARD M. BARNETT